■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MELVIN VIRGIL, Appellant. [698 NYS2d 801] —Judgment unanimously affirmed. Memorandum: We reject defendant's contention that Supreme Court committed reversible error in discharging a sworn juror as unavailable for continued service. The juror was discharged with the consent of defense counsel (*see, People v Joy,* 206 AD2d 440, *lv denied* 84 NY2d 869). Defendant failed to preserve for our review his contention that the court inadequately responded to the jury's request for a readback of the testimony of two prosecution witnesses (*see,* CPL 470.05 [2]; *People v Goldbeck,* 218 AD2d 670, *lv denied* 87 NY2d 846; *People v Figueroa,* 216 AD2d 408, 409, *lv denied* 88 NY2d 847; *People v Mitchem,* 195 AD2d 1038, 1040, *lv denied* 82 NY2d 723), and we decline to exercise our power to review that contention as a matter of discretion in the interest of justice (*see,* CPL 470.15 [6] [a]). With respect to defendant's *Batson* objection to the prosecutor's exercise of a peremptory challenge (*see, Batson v Kentucky,* 476 US 79), the record establishes that the prosecutor gave a race-neutral reason for excluding the potential juror, and we see no basis to disturb the court's determination that the reason given was not pretextual (*see, People v Rivera,* 225 AD2d 392, 393, *lv denied* 88 NY2d 969). Defendant's remaining contention is without merit. (Appeal from Judgment of Supreme Court, Erie County, Wolfgang, J.—Murder, 1st Degree.) Present—Green, J. P., Lawton, Hayes, Hurlbutt and Balio, JJ.